UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKWATER ENERGY SOLUTIONS NORTH DAKOTA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LINKS LOGISTICS, LLC, a Colorado limited liability company,<br><br>Defendant. | CASE NO. CV 15-1875-GW(FFMx)<br><br>Honorable George H. Wu<br><br>**FINAL JUDGMENT**<br><br>Action Filed:   March 13, 2015 |

1

FINAL JUDGMENT

The Court having been presented with plaintiff Rockwater Energy Solutions North Dakota, Inc. ("Plaintiff") and defendant Links Logistics, LLC's ("Defendant") (together, the "Parties") Stipulation of Final Judgment finds as follows:

1. This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1332.  And, pursuant to 28 U.S.C. § 1391(b)(1), venue in the United States District Court for the Central District of California is proper.

2. In January 2013, Plaintiff and Defendant entered into two agreements wherein Plaintiff sold frac sand to Defendant in return for payment of $81,299.28.

3. Plaintiff performed its obligations under the agreements by delivering the specified frac sand to Defendant.

4. Defendant breached its obligations under the agreements by failing to pay the total amount owing on the agreements.

5. Defendant owes in principal $74,137.74 on the agreements plus prejudgment interest accrued on the principal amount at the rate of fifteen percent (15%) per annum from November 25, 2014 to November 9, 2015.

IT IS NOW ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Plaintiff and against Defendant as follows:

1. For a total judgment of $84,924.72, which includes:

   a) The principal amount of $74,137.74; and,

   b) Prejudgment interest in the amount of $10,786.98.

2. Each party shall bear their own costs and fees.

3. Plaintiff is entitled to post-judgment interest that accrues from the date of entry of judgment.

4. This Court retains jurisdiction over the Parties personally for such further orders, hearings and other proceedings as may be appropriate to enforce the terms of the Parties' Stipulation of Final Judgment.

Dated: November 16, 2015   _____

GEORGE H. WU, U.S. District Judge